UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER FERRELL, on behalf of herself and all other similarly situated,<br>　　　　Plaintiff(s),<br><br>vs.<br><br>COLOURPOP COSMETICS, LLC,<br><br>　　　　Defendant(s). | Case No.: 2:25-cv-01324<br><br>The Hon. Sherilynn Peace Garnett<br><br>**DECLARATION OF AMBER FERREL**<br><br>Hearing Date: July 9, 2025<br>Time: 1:30 p.m.<br>Courtroom: 5C<br><br>Complaint Filed: February 14, 2025 |

I, Amber Ferrell, declare and state as follows:

1. I, Amber Ferrell, am forty-four years old, and my telephone number is (918) 297-5183.

2. I registered my telephone number on the National Do-Not-Call Registry on September 12, 2024, and have not removed it.

3. I do not use online shopping or social-media apps for cosmetics. In the past year I spent less than $5 total on makeup or beauty products—purchases I made in-store at Dollar General.

4. I do not regularly wear makeup, have never been a ColourPop customer, and have never visited ColourPop's website or clicked any of their online offers.

- 1 -
**DECLARATION OF AMBER FERRELL**

5. I have received multiple text messages and calls addressed to 'Shana.' I have never used the name 'Shana' in connection with any phone number. I believe ColourPop or its vendor confused my number with someone else's.

6. Between August 1, 2024 and January 9, 2025, I received the following unsolicited texts from short code 65380 despite being on the DNC list as of September 12, 2024:

- August 1, 2024
- August 11, 2024
- August 29, 2024
- September 1, 2024
- September 4, 2024
- September 26, 2024
- October 1, 2024
- October 24, 2024
- November 25, 2024
- December 2, 2024
- December 3, 2024
- December 4, 2024
- January 9, 2025

7. I never signed up, clicked 'get 15% off,' or otherwise agreed to receive text messages from ColourPop. I never provided ColourPop with my number for marketing, nor did I click or consent to any hyperlink or pop-up on any ColourPop webpage.

8. These unwanted messages have caused me annoyance, distraction, and concern for privacy, because I receive texts meant for someone else and had expressly placed my number on the DNC Registry.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct

DATED: June 24, 2025

                                                       AMBER FERRELL.

- 3 -
**DECLARATION OF AMBER FERRELL**