**AKERMAN LLP**
Ellen S. Robbins (SBN 298044)
*ellen.robbins@akerman.com*
633 West Fifth Street, Suite 6400
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

Jeffrey B. Pertnoy [Admitted *Pro Hac Vice*]
*jeffrey.pertnoy@akerman.com*
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Tel: (305) 374-5600
Fax: (305) 374-5095

Attorneys for Defendant
COLOURPOP COSMETICS, LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER FERRELL, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-01324-SPG-AJR |
| Plaintiff, | The Hon. Sherilyn Peace Garnett |
| v. | **DEFENDANT COLOURPOP COSMETICS, LLC.'S REPLY TO OPPOSITION TO MOTION TO COMPEL ARBITRATION, OR ALTERNATIVELY, TO DISMISS** |
| COLOURPOP COSMETICS, LLC | |
| Defendant. | Date:  July 9, 2025 |
| | Time:  1:30 p.m. |
| | Courtroom: 5C |
| | Complaint Filed:  February 14, 2025 |

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

Defendant Colourpop Cosmetics LLC ("Colourpop") filed its Motion to Compel Arbitration/Motion to Dismiss on June 9, 2025, setting the hearing for July 9, 2025. Pursuant to Local Rule 7-9, Plaintiff's opposition brief was due on June 18, 2025, and Colourpop's reply is due June 25, 2025 pursuant to Local Rule 7-10.  Despite this, plaintiff did not file her opposition until June 24, 2025.  Further, plaintiff did not seek leave of court in filing her untimely opposition.  Accordingly, and for the reasons set forth in Colourpop's Motion to Compel Arbitration, Colourpop respectfully requests that the Court compel arbitration and dismiss this action. To the extent the Court decides to allow Plaintiff's untimely filing, Colourpop respectfully requests that it be given sufficient time to file a substantive reply brief.


DATED: June 25, 2025

AKERMAN LLP


By: */s/ Ellen S. Robbins*
    Ellen S. Robbins
    Jeffrey B. Pertnoy (Admitted *Pro Hac Vice*)
    Attorneys for Defendant
    ColourPop Cosmetics, LLC

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

1