**AKERMAN LLP**
Ellen S. Robbins (SBN 298044)
*ellen.robbins@akerman.com*
633 West Fifth Street, Suite 6400
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Jeffrey B. Pertnoy [Admitted *Pro Hac Vice*]
*jeffrey.pertnoy@akerman.com*
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Tel: (305) 374-5600
Fax: (305) 374-5095

Attorneys for Defendant
COLOURPOP COSMETICS, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER FERRELL, individually and on behalf of all others similarly situated, <br><br>  Plaintiff, <br><br> v. <br><br> COLOURPOP COSMETICS, LLC <br><br>  Defendant. | Case No. 2:25-cv-01324-SPG-AJR <br> The Hon. Sherilyn Peace Garnett <br><br> **DEFENDANT COLOURPOP COSMETICS, LLC.'S REPLY TO OPPOSITION TO MOTION TO STAY DISCOVERY** <br><br> Date: July 9, 2025 <br> Time: 1:30 p.m. <br> Courtroom: 5C <br><br> Complaint Filed: February 14, 2025 |

Defendant Colourpop Cosmetics LLC ("Colourpop") filed its Motion to Stay Discovery on June 9, 2025, setting the hearing for July 9, 2025. Pursuant to Local Rule 7-9, Plaintiff's opposition brief was due on June 18, 2025, and Colourpop's reply is due June 25, 2025 pursuant to Local Rule 7-10. Despite this, plaintiff did not file her opposition until June 24, 2025. Further, plaintiff did not seek leave of court in filing her untimely opposition. Accordingly, and for the reasons set forth in Colourpop's Motion to Stay, Colourpop respectfully requests that the Court stay all discovery in this matter until it rules on Colourpop's Motion to Compel Arbitration and Motion to Dismiss. To the extent the Court decides to allow Plaintiff's untimely filing, Colourpop respectfully requests that it be given sufficient time to file a substantive reply brief.

DATED: June 25, 2025            AKERMAN LLP

                                By: /s/ Ellen S. Robbins
                                    Ellen S. Robbins
                                    Jeffrey B. Pertnoy (Admitted *Pro Hac Vice*)
                                    Attorneys for Defendant
                                    ColourPop Cosmetics, LLC

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

1
**DEFENDANT COLOURPOP COSMETICS, LLC.'S REPLY TO OPPOSITION TO MOTION TO STAY DISCOVERY**
81982807;1