**AKERMAN LLP**
Ellen S. Robbins (SBN 298044)
*ellen.robbins@akerman.com*
633 West Fifth Street, Suite 6400
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

Jeffrey B. Pertnoy [Admitted *Pro Hac Vice*]
*jeffrey.pertnoy@akerman.com*
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Tel: (305) 374-5600
Fax: (305) 374-5095

Attorneys for Defendant
COLOURPOP COSMETICS, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER FERRELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLOURPOP COSMETICS, LLC<br><br>Defendant. | Case No. 2:25-cv-01324-SPG-AJR<br>The Hon. Sherilyn Peace Garnett<br><br>**DEFENDANT COLOURPOP COSMETICS, LLC.'S EX PARTE APPLICATION TO SEEK EXTENSION OF TIME TO FILE REPLY BRIEF**<br><br>**[Declaration of Jeffrey B. Pertnoy]**<br><br>Date:  July 9, 2025<br>Complaint Filed:  February 14, 2025 |

**DEFENDANT COLOURPOP COSMETICS, LLC.'S EX PARTE APPLICATION TO SEEK EXTENSION OF TIME TO FILE REPLY BRIEF**

1    Defendant Colourpop Cosmetics LLC ("Colourpop") respectfully requests that the Court extend the deadline for it to file its reply brief in support of its Motion to Compel Arbitration or Alternatively to Dismiss, and Motion to Stay Discovery by 10 days for good cause.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 3, 2025 and July 6, 2025, during which counsel discussed this request to extend the deadline to submit the reply briefs. Plaintiff's counsel opposes this request. Pertnoy Decl. ¶ 4.

Defendant Colourpop filed its Motion to Compel Arbitration and Motion to Stay on June 9, 2025 [ECF No. 26 and No. 27]. Plaintiff's oppositions to those motions were untimely filed. On July 3, 2025, the Court issued an Order giving Defendant until July 9, 2025 to file its reply briefs in support of both motions. [ECF 33]. Pertnoy Decl. ¶ 2.

As set forth in the attached Declaration of Jeffrey B. Pertnoy, lead counsel was with his family over the July 4th holiday, and his return from a family vacation was unexpectedly extended by three days due to travel and weather delays and flight cancellations. Pertnoy Decl. ¶ 3. Under these circumstances, it will be very difficult to comply with the Court's Order and file Colourpop's reply briefs on or before July 9, 2025.

Given that no prior requests for continuances of this deadline have been made, and the hearing on the motion was taken off calendar, the short 10 day extension of time until July 21, 2025 will not unduly delay the case nor will is prejudice Plaintiff. Further, any delay in the briefing schedule was caused by Plaintiff's untimely filing.

Defendant attempted to resolve this issue with opposing counsel; however Plaintiff's counsel indicated he opposes the request to extend the deadlines to file Defendant's reply briefs until July 21, 2025. Pertnoy Decl. ¶ 4.

1

**DEFENDANT COLOURPOP COSMETICS, LLC.'S EX PARTE APPLICATION TO SEEK EXTENSION OF TIME TO FILE REPLY BRIEF**

82109463;1

For the foregoing reasons, Defendant respectfully requests that the July 9, 2025 deadline set by the Court for Defendant to file its reply briefs be extended until July 21, 2025.

DATED: July 7, 2025

AKERMAN LLP

By: */s/ Jeffrey B. Pertnoy*
    Ellen S. Robbins
    Jeffrey B. Pertnoy (Admitted *Pro Hac Vice*)
    Attorneys for Defendant
    ColourPop Cosmetics, LLC

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

2
**DEFENDANT COLOURPOP COSMETICS, LLC.'S EX PARTE APPLICATION TO SEEK EXTENSION OF TIME TO FILE REPLY BRIEF**
82109463;1