**AKERMAN LLP**
Ellen S. Robbins (SBN 298044)
*ellen.robbins@akerman.com*
633 West Fifth Street, Suite 6400
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Jeffrey B. Pertnoy [Admitted *Pro Hac Vice*]
*jeffrey.pertnoy@akerman.com*
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Tel: (305) 374-5600
Fax: (305) 374-5095

Attorneys for Defendant
COLOURPOP COSMETICS, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER FERRELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLOURPOP COSMETICS, LLC<br><br>Defendant. | Case No. 2:25-cv-01324-SPG-AJR<br>The Hon. Sherilyn Peace Garnett<br><br>**DECLARATION OF JEFFREY B. PERTNOY IN SUPPORT OF MOTION TO EXTEND TIME TO FILE REPLY BRIEF IN SUPPORT OF (1) MOTION TO COMPEL ARBITRATION, OR ALTERNATIVELY, TO DISMISS AND (2) MOTION TO STAY DISCOVERY**<br><br>Date: July 9, 2025<br>Complaint Filed: February 14, 2025 |

**DECLARATION OF JEFFREY B. PERTNOY**

82109528;1

I, Jeffrey Pertnoy, declare and state as follows:

1. I am a partner at the law firm Akerman, LLP, attorney of record for Colourpop Cosmetics, LLC ("Colourpop"), the defendant in the above-captioned lawsuit. I am admitted to practice in the State of Florida, and was admitted pro hac vice in this matter on March 24, 2025. I have personal knowledge of all the facts set forth in this declaration (unless otherwise noted), and, if called to testify, I could and would competently testify to them.

2. Defendant Colourpop filed its Motion to Compel Arbitration and Motion to Stay on June 9, 2025 [ECF No. 26 and No. 27]. Plaintiff's oppositions to those motions were untimely filed on June 24, 2025 [ECF No. 28 and 29], and Defendant filed a reply on June 25, 2025 (the deadline to do so under the Local Rules) requesting either that Plaintiff's untimely oppositions be stricken or that the Court give Defendant more time to file its reply [ECF No. 30]. On July 3, 2025, the Court issued an Order giving Defendant until July 9, 2025 to file its reply briefs in support of both motions.

3. Given the July 4th holiday and having just returned from a family vacation (which was unexpectedly extended by three days due to travel and weather delays and flight cancellations), it will be very difficult to comply with the Court's Order and file Colourpop's reply briefs on July 9, 2025. Thus, Colourpop is requesting additional time to respond.

4. I conferred with Plaintiff's counsel Anthony Paronich the evening of July 3, 2025 requesting a 10-day extension. He indicated opposes Colourpop's request to extend the deadline to file the reply briefs. The reasoning he gave was apparently because Colourpop had sought to strike Plaintiff's untimely opposition briefs. I attempted to confer again with Plaintiff's counsel Anthony Paronich by email on July 6, 2025 before filing a motion to extend the deadline to confirm his position, but as of the signing of this Declaration and the filing of the motion, Mr. Paronich had not responded.

5. No prior requests for continuances of this deadline have been made.

1

**DECLARATION OF JEFFREY B. PERTNOY**

82109528;1

I declare under penalty of perjury under the laws of the United States of America and the State of Florida that the foregoing is true and correct and that this declaration was executed on this 7th day of July in Miami, Florida.

/s/ *Jeffrey B. Pertnoy*
Jeffrey B. Pertnoy