# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

AMBER FERRELL, on behalf of herself and all other similarly situated,

        Plaintiff,

v.

COLOURPOP COSMETICS, LLC.,

        Defendant(s).

CASE NO. 2:25-cv-01324-SPG-AJR

**[PROPOSED] ORDER GRANTING DEFENDANT COLOURPOP COSMETICS, LLC.'S EX PARTE APPLICATION TO SEEK EXTENSION OF TIME TO FILE REPLY BRIEF**

Complaint Filed: February 14, 2025

       For good cause shown given the holiday and lead counsel's family vacation, as well as the fact that the adjustment to the briefing schedule was caused by Plaintiff's untimely filing of its opposition briefs, the Court hereby extends the deadline for Defendant to file their reply briefs until July 21, 2025.

       IT IS SO ORDERED.

Dated: _____, 2025

                             _____
                             HON. SHERILYN PEACE GARNETT
                             UNITED STATES DISTRICT JUDGE