Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021

Attorney for Plaintiff and Putative Class

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| AMBER FERRELL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br><br>COLOURPOP COSMETICS, LLC<br><br>*Defendant.* | Case No. 2:25-cv-1324<br><br>The Hon. Sherilynn Peace Garnett<br><br>**NOTICE OF SETTLEMENT** |
|---|---|

    The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within sixty days.

Notice of Settlement

| | |
|---|---|
| 1  Dated: August 5, 2025 | By: */s/ Anthony I. Paronich* |
| 2 | Anthony I. Paronich |
| 3 | anthony@paronichlaw.com |
|   | PARONICH LAW, P.C. |
| 4 | 350 Lincoln Street, Suite 2400 |
| 5 | Hingham, Massachusetts 02043 |
|   | Telephone: (617) 738-7080 |
| 6 | Facsimile: (617) 830-0327 |
| 7 | *Attorney for Plaintiff* |