# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER FERRELL, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> COLOURPOP COSMETICS, LLC <br><br> *Defendant.* | Case No. 2:25-cv-1324 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

The plaintiff files this Notice of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) of all claims.

RESPECTFULLY SUBMITTED AND DATED this September 3, 2025.

By: */s/ Anthony Paronich*
Anthony I. Paronich (admitted *pro hac vice*)
(MA 678437)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date.

DATED this September 3, 2025.

By: */s/ Anthony Paronich*
Anthony I. Paronich (admitted *pro hac vice*)
(MA 678437)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Attorney for Plaintiff*