# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER FERRELL, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-1324 |
| *Plaintiff*, | |
| v. | |
| COLOURPOP COSMETICS, LLC | |
| *Defendant.* | |

### [PROPOSED] ORDER ON NOTICE OF DISMISSAL

The COURT has reviewed the Plaintiff's notice of dismissal and pursuant Fed R. Civ. Pro. 41(a)(1)(A)(i) ORDERS dismissal of this action with prejudice.

DATED this _____ day of _____, 2025

_____
Hon. Sherilynn Peace Garnett