UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-01324-SPG-AJR | Date | September 7, 2025 |
| Title | Amber Ferrell v. ColourPop Cosmetics, LLC | | |

Present: The Honorable **SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE**

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:**   **(IN CHAMBERS) NOTICE OF DISMISSAL**

Plaintiff filed a notice of dismissal, (ECF No. 41), which is effective to close the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The case is therefore closed. (JS-6). Accordingly, the Court strikes the proposed order, (ECF No. 41-1), as moot, and all pending dates are vacated and taken off calendar.

Initials of Preparer   pg